UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAVIER BOLDEN,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN DAVE DAVEY,<br><br>          Respondent. | No. CV 16-5105-GW (PLA)<br><br>**JUDGMENT** |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: November 26, 2017

                                          HONORABLE GEORGE H. WU
                                      UNITED STATES DISTRICT JUDGE